UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MONIFA SMITH, | ) |
| Plaintiff, | ) **CASE NO. 1:21-CV-00473** |
| | ) |
| v. | ) **JUDGE TIMOTHY S. BLACK** |
| | ) |
| LIBERTY MUTUAL GROUP INC., | ) **STIPULATION OF DISMISSAL** |
| Defendants. | ) |

Plaintiff Monifa Smith and Defendant Liberty Mutual Group Inc., by and through counsel, hereby state that all claims between them are hereby dismissed with prejudice, each party to bear her or its own attorneys' fees, expenses, and costs.

| | |
|---|---|
| */s/ Evan R. McFarland (Per Email Consent)* | */s/ Ellen Toth* |
| Evan R. McFarland (0096953) | Ellen Toth (0056176) |
| Brianna G. Carden (0097961) | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Matthew G. Bruce (0083769) | 127 Public Square |
| The Spitz Law Firm, LLC | 4100 Key Tower |
| 25200 Chagrin Boulevard, Suite 200 | Cleveland, OH 44114 |
| Beachwood, OH 44122 | Phone: 216.241.6100 |
| Phone: 216.291.4744 | Fax: 216.357.4733 |
| Fax: 216.291.5744 | Email: ellen.toth@ogletree.com |
| Email: Evan.McFarland@spitzlawfirm.com | |
| Brianna.Carden@spitzlawfirm.com | *Counsel for Defendant Liberty Mutual Group Inc.* |
| Matthew.Bruce@spitzlawfirm.com | |

*Counsel for Plaintiff Monifa Smith*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Stipulation of Dismissal* was filed electronically on July 26, 2021. Notice of this filing will be sent to all parties, including the following counsel, by operation of the Court's electronic filing system.

Evan R. McFarland
Brianna R. Carden
Matthew G. Bruce
The Spitz Law Firm, LLC
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, Ohio 45246

*Attorneys for Plaintiff Monifa Smith*

/s/ Ellen Toth
*Attorney for Defendant*

47735840.1